IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LARA FITTS, Individually and as Legal Representative of the Estate of Joshua Fitts, Deceased, and as Next Friend of T.J.F. and R.S.F., Minor Children,<br><br>Plaintiff,<br><br>v.<br><br>ROGERS HELICOPTERS, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 7:16-cv-00055-O-BP<br>§<br>§<br>§<br>§<br>§<br>§ |

**FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Having previously been advised that the parties had reached a proposed settlement in this case, the Court held a Settlement Conference and Hearing on July 17, 2017. Attending the conference were Plaintiff, counsel for both parties, and the Guardian Ad Litem for minors T.J.F. and R.S.F.

Plaintiff Lara Fitts ("Ms. Fitts") brought this case individually and on behalf of her two minor children to recover damages under § 408.001 of the Texas Labor Code arising out of the death of her husband, Joshua Fitts, during his employment with the defendant. Ms. Fitts testified and was subject to cross-examination at the hearing. She retained Wood Law Firm LLP and Zelbst Holmes and Butler to represent her and her children in this matter. She agreed to pay for expenses that her counsel incurred in the course of their representation of her in addition to a legal fee as set forth in her agreement. Ms. Fitts understood and agreed to all of the terms set forth in the parties' Agreed Judgment and Approval of Minor Settlement, attached as Exhibit A, and believes that the terms of the Agreed Judgment are in the best interest of her two minor children and herself.

Ms. Fitts testified that following the mediation conducted in this case the parties had agreed to settle the matter for a total payment by the defendant of $200,000.00, subject to approval by the Court. Counsel for Plaintiff have agreed to waive their attorneys' fees, and Ms. Fitts has agreed to reimburse both the Wood Law Firm and the law firm of Zelbst Holmes & Butler for their expenses in the amounts of $35,949.39 and $44,571.19, respectively. Ms. Fitts has agreed to release the defendant as provided in a settlement agreement separately executed by the parties, including agreeing to indemnify the defendant from any claim made by Medicare and providers of medical services to Joshua Fitts. Ms. Fitts stated that she understood that if the Court approved the proposed settlement, neither she nor her children K.S.F. and T.J.F. would receive any additional amount of money from the defendant. Ms. Fitts stated that she understood that she was entitled to try her case before the Court and jury, and her counsel were prepared to try the case. She prefers to settle the case and requests that the Court approve the settlement.

Ms. Fitts and her counsel have proposed that the settlement of the claims of her two minor children be accomplished through two structured settlements for each child funded by separate annuity contracts. The proposed structured settlements were described in the Affidavit of Cathy Shulman, a licensed insurance broker in the structured settlement trade, which was admitted in evidence as Plaintiff's Exhibit 1. The annuity contracts will be secured from Metropolitan Tower Life Insurance Company, and will be assigned to MetLife Assignment Company, Inc. Metropolitan Tower Life Insurance Company is rated A+, Class XV by A.M. Best Company, Aa3 by Moody's. Each contract will have the present cost of $29,348.43. The minor child R.S.F. will receive three separate guaranteed payments: on March 6, 2030 in the amount of $10,000.00, on March 6, 2033 in the amount of $10,000.00, and on March 6, 2037 in the amount of $28,653.23. The minor child T.J.F. will also receive three separate guaranteed payments: on March 26, 2028

in the amount of $10,000.00, on March 26, 2031 in the amount of $10,000.00, and on March 26, 2035 in the amount of $25,141.08.

Ms. Fitts will receive the remaining $60,812.56 of the proposed settlement. She testified that she intends to use the money in connection with refinancing her home that she provides for her two children, R.S.F. and T.J.F.

Frank Trotter, the Guardian ad Litem for R.S.F. and T.J.F appointed by the Court, has signed the proposed Agreed Judgment and Approval of Minor Settlement. Under the terms of the Agreed Judgment and Approval of Minor Settlement, Mr. Trotter is awarded the sum of $1,500.00 as his fee, which will be paid separately by the defendant. The parties agree to the amount of Mr. Trotter's fee.

Based on the foregoing, and a full review of the relevant pleadings on file, the undersigned finds that the proposed settlement is reasonable, is fair and just to all of the parties, and is in the best interest of the minor children, R.S.F. and T.J.F. The undersigned therefore RECOMMENDS that United States District Judge Reed O'Connor enter the Agreed Judgment and Approval of Minor Settlement in the form attached as Exhibit A. The parties will be submitting a proposed Stipulation of Dismissal for the Court's consideration by ECF filing.

Title 28 USC § 636 normally gives parties fourteen (14) days to object to recommendations submitted by magistrate judges. However, as the parties have reached an agreed settlement of this case and have submitted a proposed Agreed Judgment and Approval of Minor Settlement, and this Findings, Conclusions, and Recommendation recommends granting the relief requested by the parties, the court may act on the Findings, Conclusions, and Recommendation immediately.

Signed July 17, 2017.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE