IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LARA FITTS, Individually and as Legal Representative of the Estate of Joshua Fitts, Deceased, and as Next Friend of T.J.F. and R.S.F., Minor Children, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:16-cv-00055-O |
| ROGERS HELICOPTERS, INC., | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court will enter the Agreed Judgment and Approval of Minor Settlement (ECF No. 57-1) by separate order as the Final Judgment of the Court.

**SO ORDERED** on this **23rd day** of **August, 2017.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE